# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JAVIER MORALES,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:23-cv-00151-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 15) |

On August 1, 2023, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended for a period of 35 days, from August 3, 2023, to September 7, 2023.  (ECF No. 15.)  The Court finds good cause to grant the first extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 15) is GRANTED; and

2. Defendant shall file an opposition brief on or before September 7, 2023.

IT IS SO ORDERED.

Dated:  **August 1, 2023**

UNITED STATES MAGISTRATE JUDGE